**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| **Deborah Cooley,** | ) |
| | ) |
|       **Plaintiff,** | ) |
| | ) |
|   vs. | )   Case No.: 1:23-cv-219-TWP-TAB |
| | ) |
| **Ability Recovery Services, LLC,** | ) |
| | ) |
|       **Defendant.** | ) |
| | ) |

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Plaintiff's Motion to Dismiss with Prejudice filed by the Plaintiff in this cause, this cause is hereby dismissed with prejudice, and each party shall bear its own respective costs and expenses, including but not limited to attorneys' fees, incurred in connection with this cause.

Date: 4/7/2023

*[signature]*

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

**ECF notification:**

Copies to electronically registered counsel of record.